UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| MELTIOW PARRA, | ) | CV NO. 11-1160-ODW(AJW) |
| | ) | |
|     Petitioner, | ) | |
| | ) | JUDGMENT |
|        v. | ) | |
| | ) | |
| F.A. GONZALEZ, | ) | |
| | ) | |
|     Respondent. | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: _April 13, 2011___

_____
Otis D. Wright II
United States District Judge